COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NOWAK CONSTRUCTION CO. INC., | § | |
| | | No. 08-10-00261-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th Judicial District Court |
| | § | |
| OSCAR AVALOS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2008-1103) |
| | § | |

**MEMORANDUM   OPINION**

Pending before the Court is the joint motion of Nowak Construction Co., Inc., Appellant, and Oscar Avalos, Appellee.   They request that the Court:   (1) withdraw the Court's opinion and judgment dated February 15, 2012; (2) reverse the judgment of the trial court without reaching the merits of the case; and (3) remand the cause to the trial court to effectuate the settlement of the parties, pursuant to TEX.R.APP.P. 42.1(a)(2).

Texas Rule of Appellate Procedure 42.1(a) permits an appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk.   *See* TEX.R.APP.P. 42.1(a).   The appellate court maintains jurisdiction to determine whether to withdraw any opinion it has already issued.   *See* TEX.R.APP.P. 42.1(c); *compare Polley v. Odom*, 963 S.W.2d 917, 918 (Tex.App.--Waco 1998, no pet.)(per curiam)(holding that court's duty constrained it to publish prior opinion); *Lee v. Lee*, 2009 WL 541048, *1 (Tex.App.--El Paso Mar. 4, 2009, no pet.)(memo. op.)(withdrawing opinion pursuant to settlement agreement).   Pursuant to Texas Rule of Appellate Procedure 43.2, the Court of Appeals may

"reverse the trial court's judgment and remand the case for further proceedings." TEX.R.APP.P. 43.2(d).

The joint motion is GRANTED. This Court's opinion issued February 15, 2012 is withdrawn and our judgment of that date is vacated. *See* TEX.R.APP.P. 42.1(a)(c). Without reaching the merits of the appeal, we hereby REVERSE the judgment of the trial court and REMAND the matter for further proceedings as necessary to effectuate the parties' agreement. As the motion does not indicate the parties have agreed otherwise, costs of appeal will be paid by the Appellant. *See* TEX.R.APP.P. 42.1(d).

April 11, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.